UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE R. DAVIS

VERSUS

COASTAL BRIDGE COMPANY, ET AL

CIVIL ACTION

NO. 12-309-FJP-DLD

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report[1] to which no objection was filed:

The Court finds that the plaintiff's complaint is *sua sponte* dismissed under 28 U.S.C. § 1915(e) as frivolous, and plaintiff's application to proceed *in forma pauperis*[2] is therefore dismissed as moot.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, August 14, 2012.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

---

[1]Rec. Doc. No. 4.

[2]Rec. Doc. No. 2.

Doc#47961