UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLOTTE R. DAVIS

VERSUS

COASTAL BRIDGE COMPANY, ET AL

CIVIL ACTION

NO. 12-309-FJP-DLD

### JUDGMENT

For the written reasons assigned:

Judgment is entered in favor of the defendant Coastal Bridge Company, et al and against plaintiff Charlotte R. Davis. Plaintiff's complaint is *sua sponte* dismissed under 28 U.S.C. § 1915(e) as frivolous, and plaintiff's application to proceed *in forma pauperis*[1] is therefore dismissed as moot.

IT IS SO ORDERED.

Baton Rouge, Louisiana, August 14, 2012.

                                                                    _____
                                                                    FRANK J. POLOZOLA
                                                                    MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. No. 2.

Doc#47962